BEFORE THE FIRST DIVISION, OCTOBER 10, 1960

No. 64660.—Pez-Haas, Inc. v. United States, protests 59/11721, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of plastic candy dispensers in chief value of polystyrene, not articles in chief value of cellulose acetate, the claim of the plaintiff was sustained.

No. 64661.—J. J. Boll et al. v. United States, protests 59/33854, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of recording tapes similar in all material respects to those the subject of *Electric & Musical Industries (US), Ltd.* v. *United States* (42 Cust. Ct. 87, C.D. 2070), the claim of the plaintiffs was sustained.

No. 64662.—Manca, Inc. v. United States, protest 59/33119 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of parts of photographic cameras similar in all material respects to the merchandise involved in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C.D. 1874), the claim of the plaintiff was sustained.

No. 64663.—Wolf Greenspan & Son, Inc. v. United States, protest 60/1464 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.

No. 64664.—Chester K. Stoner v. United States, protest 308935–K (Philadelphia).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiff was sustained.

No. 64665.—Boland Mfg. Co. *v.* United States, protests 312621–K and 58/22883 (Minneapolis).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiff was sustained.

No. 64666.—Boland Mfg. Co. *v.* United States, protests 58/9958, 59/15821, and 58/18125 (Laredo).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiff was sustained.

No. 64667.—New York Merchandise Co., Inc. *v.* United States, protest 60/1537 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiff was sustained.

No. 64668.—Manca, Inc. *v.* United States, protests 59/31155 and 59/31156 (New York).